IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 12-326-01 |
| MICHAEL AKERS | : | |

**<u>ORDER</u>**

AND NOW, this ____ day of _____, 2013, upon consideration of the joint motion of defendant Michael Akers and the United States for defendant Michael Akers to be released on bail, it is

ORDERED

that defendant Michael Akers is released on bail on the following conditions:

(1) $50,000 O/R bond;

(2) Report as directed by United States Pretrial Service;

(3) Travel restricted to the Eastern District of Pennsylvania unless prior permission is granted by United States Pretrial Service;

(4) Drug/alcohol testing;

(5) Drug/alcohol treatment;

(6) Surrender/not possess any firearm;

(7) Surrender/not possess a passport; and

(8) Maintain residence.

**BY THE COURT**

_____
**HONORABLE PAUL S. DIAMOND**
*Judge, United States District Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 12-326-01 |
| MICHAEL AKERS | : | |

### JOINT MOTION BY DEFENDANT MICHAEL AKERS AND UNITED STATES FOR DEFENDANT MICHAEL AKERS TO BE RELEASED ON BAIL

Defendant Michael Akers, through his counsel, Kenneth Mirsky, Esquire, and the United States, through its counsel, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Sarah L. Grieb, Assistant United States Attorney for the District, jointly move for an order releasing defendant Michael Akers on bail for the following reasons:

1) On June 26, 2012, a federal grand jury returned a 120-count indictment charging defendant Michael Akers and others with conspiring to defraud the government by filing false and fraudulent tax returns, filing false and fraudulent tax returns, theft of government property, aggravated identity theft, credit card fraud, wire fraud, and aiding and abetting, in violation of 18 U.S.C. §§ 286, 287, 641, 1028A, 1029(a)(5), 1343, and 2.  The charges arose from defendant Akers' scheme to prepare and file false tax returns seeking refunds to which individuals were not entitled.

2) On July 10, 2012, the Honorable M. Faith Angell, United States Magistrate Judge, ordered that defendant Akers be detained pending trial in this matter.

3) On July 31, 2013, defendant Akers pleaded guilty to charges in the indictment pursuant to a plea agreement.

4) On August 2, 2013, the Court ordered that defendant Akers remain detained at the Philadelphia Federal Detention Center pending his sentencing.

5) On September 23, 2013, the United States Marshal Service advised that defendant Akers is currently being hospitalized with serious health issues.

6) On September 23, 2013, I, Assistant United States Attorney Sarah L. Grieb, spoke to Kenneth Mirsky, Esquire, defendant Akers' counsel, who agreed to defendant Akers being released on bail because of defendant Akers' health issues.

7) Because of defendant Akers' current serious health issues, defendant Akers and the United States jointly move to have defendant Akers released on bail.

8) The proposed Order sets forth the terms and conditions of bail as proposed by the United States Pretrial Service and agreed to by defendant Akers, through his counsel, and the United States.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney


 /s/ Sarah Grieb
SARAH L. GRIEB
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the Joint Motion by Defendant Michael Akers and United States for defendant Michael Akers to be Released on Bail to be served on counsel for the defendant listed below, by email, addressed to:

      Kenneth Mirsky, Esq.
      klmirsky@comcast.net


      /s/ Sarah Grieb
      SARAH L. GRIEB
      Assistant United States Attorney

Date: September 23, 2013